UNITED STATES DISTRICT COURT
FOR THE EATERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>JASON M. BROWN a/k/a JASON BROWN<br><br>                    Defendant | CIVIL NO. 13-05262 |

## ORDER

AND NOW, this 19th day of APRIL, 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 718 Jefferson Street Red Hill, PA 18076 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*

Nitza I. Quiñones-Alejandro    J.

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EATERN DISTRICT OF PENNSYLVANIA**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>JASON M. BROWN a/k/a JASON BROWN<br><br>Defendant | CIVIL NO. 13-05262 |

## A. <u>SCHEDULE OF DISTRIBUTION</u>

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................................$84,600

Amount of cash received..................................................................$84,600

<u>**TO BE DISTRIBUTED AS FOLLOWS:**</u>

Proceeds of sale to the United States Department of
Justice re: CDCS# 2013A26205.........................................................$84,600

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 3115936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6470